IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL DEAN ROBERTS,

    Plaintiff,               No. 2:12-cv-0247 KJM AC P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS,

    Defendant.             <u>ORDER</u>

/

        On December 11, 2012, the court ordered defendant, within 30 days, to respond to plaintiff's October 19, 2012 pleading, in which plaintiff alleged that his file for this case had been removed from his cell. <u>See</u> ECF Nos. 21, 23. On January 2, 2013, the court sua sponte granted defendant an additional 30 days to file its response to the court's December 11, 2012 order to show cause. ECF No. 25.

        The deadline by which defendant was to respond to the order to show cause has now expired, and a review of the court's docket reflects that defendant has not filed any response or moved for an extension of time to do so.

////

////

1

Accordingly, the court orders that defendant respond to the December 11, 2012 order to show cause, ECF No. 23, within five (5) business days of the filing date of this order. Defendant's failure to file a response shall result in sanctions.

IT IS SO ORDERED.

DATED: February 27, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/robe0247.36