IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL DEAN ROBERTS,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:12-cv-0247-KJM-AC (PC)<br><br>**[PROPOSED]** ORDER |

Defendant's request to modify the scheduling order and extend time to file a motion for summary judgment was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant is granted twelve days, to and including November 6, 2013, to file a motion for summary judgment.

Dated: October 28, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-0247-KJM-AC (PC))