IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL DEAN ROBERTS,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-0247-KJM-AC (PC)<br><br>**[PROPOSED] ORDER** |

　　　Defendant's request to modify the scheduling order and extend time to file a motion for summary judgment was considered by this Court, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that Defendant is granted twelve days, to and including November 6, 2013, to file a motion for summary judgment.

Dated:  October 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1