1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 322-4638
6   Facsimile:  (916) 324-5205
    E-mail: Kelli.Hammond@doj.ca.gov
7  *Attorneys for Defendant California Department*
   *of Corrections and Rehabilitation*

8

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

| | |
|---|---|
| **PAUL DEAN ROBERTS**, | 2:12-cv-0247-KJM-AC (PC) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.**, | |
| Defendants. | |

20        Plaintiff Paul D. Roberts (F-59111) and Defendant California Department of Corrections and

21  Rehabilitation have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal

22  of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

23        Each party shall bear its own litigation costs and attorney's fees.

24        It is so stipulated.

25

26

27  Dated:  August 20, 2014            _/s/ **Paul D. Roberts**_         .
                                       Paul D. Roberts (F-59111)
28                                     *Plaintiff Pro Se*

                                      1

1 | Dated:  August 20, 2014         */s/ **Kelli M. Hammond***    .

Kelli M. Hammond
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendant California Department of*
*Corrections and Rehabilitation*

7   In keeping with the parties' stipulation, this action is dismissed with prejudice.  The Clerk

of the Court shall close the file.

**IT IS SO ORDERED.**

DATED: September 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2