UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEAN ROBERTS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>  Defendant. | No. 2:12-cv-00247 KJM AC P<br><br>ORDER |

      This prisoner civil rights action was voluntarily dismissed by order filed September 25, 2014, pursuant to a stipulation of the parties following a settlement agreement. *See* ECF No. 57. The settlement agreement also resolved another of plaintiff's civil rights cases, Case No. 2:11-cv-0474 MCE DAD P. *See* ECF No. 55. Several months later, plaintiff filed motions to reopen both cases, on the ground that defendant failed to abide by the terms of the parties' settlement agreement. Specifically, plaintiff contends defendants have failed to pay to him the full amount agreed upon to settle both cases.

      By order filed July 9, 2015, after obtaining further briefing by the parties, Chief Judge Morrison C. England, Jr., denied plaintiff's motion to reopen in the separate case. *See* Case No. 2:11-cv-0474 MCE DAD P, ECF No. 103. For the reasons set forth in that order, plaintiff's motion to reopen the instant case, ECF No. 59, will also be denied.

/////

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's May 22, 2015 motion to
2 reopen this action (ECF No. 59) is denied.
3 DATED: August 4, 2015.

                                                    UNITED STATES DISTRICT JUDGE